(81 South. 312)

No. 23278.

IBERIA CYPRESS CO., Limited, v. MARTIN, Sheriff, et al.

(Feb. 3, 1919. Rehearing Denied March 3, 1919.)

Appeal from Nineteenth Judicial District Court, Parish of St. Martin; James Simon, Judge.

Action by the Iberia Cypress Company, Limited, against W. O. Martin, Sheriff, and others. Judgment for defendants, and plaintiff appeals. Affirmed.

Burke & Smith, of New Iberia, for appellant.

E. Vuillemont, Dist. Atty., of New Iberia, and Mouton, Mouton & De Baillon, of La Fayette, for appellees.

Graham & Martin, of New Orleans, for Parish of St. Martin.

MONROE, C. J. The question of law presented in this case being the same and equally applicable to the facts as in the case of F. B. Williams Cypress Company versus the same defendants (No. 23277) 81 South. 307,[1] this day decided, for the reasons therein assigned, it is ordered that the judgment herein appealed from be affirmed.

O'NIELL, J., concurs in the decree.

(Feb. 3, 1919. Rehearing Denied March 3, 1919.)

